

# Missouri Court of Appeals
## Southern District

**JUNE 14, 2016**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b).

1.     Case No.  SD33609

       Re:     STATE OF MISSOURI,
               Respondent,
               vs.
               DENNIS R. WOODWARD,
               Appellant.